Steven James Goodhue (Bar No. 109179)
The Law Offices of Steven James Goodhue
2265 Broadway, #7
San Francisco, CA 94115
Telephone: (415) 921-3556
Facsimile: (480) 214-9501
E-mail: sgj@sjgoodlaw.com

Attorneys Specially Appearing for
INGENUITY13, LLC

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　　and<br><br>PRENDA LAW, INC.,<br><br>　　　　Movant – Appellant,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant - Appellee. | 9th Circuit Case Number(s) 13-55880<br><br>D.C. No. 2:12-cv-0888-ODW-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**CERTIFICATE OF SERVICE** |

When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

　　I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on May 29, 2013.

1
**CERTIFICATE OF SERVICE**

**INGENUITY 13 LLC MEDIATION STATEMENT**

| | |
|---|---|
| Morgan Pietz<br>The Pietz Law Firm<br>3770 Highland Ave., Suite 206<br>Manhattan Beach, CA  90266<br>mpietz@pietzlawfirm.com<br>**Tel: 310.424.5557** | Putative John Doe<br>Defendant - Appellee |
| Nicholas Ranallo<br>371 Dogwood Way<br>Boulder Creek, CA  95006<br>nick@ranallolawoffice.com<br>**Tel: 831.703.4011** | US Mail |

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Paul Duffy<br>2 N. La Salle St., 13th Floor<br>Chicago IL 60602<br>Paulduffy2005@gmail.com<br>**Tel: (312) 952-6136**<br>**Fax: (312) 952-6136**<br>pduffy@pduffygroup.com<br>paduffy@wefightpiracy.com | **Pro Se** |
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402<br>prhansmeier@thefirm.mn<br>**Tel:  (612) 234-5744**<br>**Fax: (612) 234-5744**<br>prhansmeier@thefirm.mn | **Pro Se** |
| John Steele<br>1111 Lincoln Rd., Suite 400<br>Miami Beach, FL  33139<br>**Tel:   (708) 689-8131** | **Pro Se** |

2
**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| 1 2 3 4 | **Fax:  None**<br>Email:  johnlsteele@gmail.com | |
| 5 6 7 8 | Brett Langdon Gibbs<br>38 Miller Ave., #263<br>Mill Valley, CA  94941<br>**Tel: (415) 381-3104**<br>Brett.gibbs@gmail.com | **Pro Se** |
| 9 10 11 12 13 | Ingenuity 13, LLC<br>2100 M Street Northwest<br>Suite 170-417<br>Washington, DC  20037<br>**Tel:  (888) 588-9473**<br>**Fax: (888) 964-9473**<br>admin@livewireholdings.com | **Pro Se** |
| 14 15 16 17 18 | AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis<br>**Tel:  (888) 588-9473**<br>**Fax: (888) 964-9473**<br>admin@livewireholdings.com | **Pro Se** |
| 19 20 21 22 23 24 | Prenda Law<br>2 N. La Salle St., 13th Floor<br>Chicago IL 60602<br>**Tel: (312)  880-9160**<br>**Fax: (312) 893-5677**<br>paduffy@wefightpiracy.com | **Pro Se** |

/s/ Steven James Goodhue
Steven James Goodhue

3
**CERTIFICATE OF SERVICE**