FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INGENUITY13 LLC,<br><br>   Plaintiff - Appellant,<br><br>  v.<br><br>JOHN DOE,<br><br>   Defendant - Appellee. | No. 13-55880<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Counsel Brett Langdon Gibbs' motion to withdraw as counsel of record for appellant is granted. The appellant continues to be represented by Steven Goodhue.

The current briefing schedule continues to govern this appeal.

                For the Court:
                MOLLY C. DWYER
                Clerk of the Court:

                Cathie A. Gottlieb
                Deputy Clerk
                Ninth Cir. R. 27-7/Advisory Note to Rule 27
                    and Ninth Circuit 27-10

06.03.13/cag/Pro Mo